In the Matter of FLORENCE D. BOWEN, Appellant, against HENRY ALTMAN, as President of the Municipal Civil Service Commission of the City of Buffalo, et al., Respondents.— Submission of appeal vacated, without costs, with leave to the parties to take such further proceedings as they may be advised. Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

WILLIAM YURKEWICZ, Respondent, v. TOWN OF SALISBURY, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

KENNETH BELLINGER, Respondent, v. TOWN OF SALISBURY, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: Defendant was entitled to inquire of plaintiff Bellinger on cross-examination whether he had " received any moneys from Yurkewicz or any of his representatives or attorneys." It was material on the question of damages. (Knapp v. Roche, 94 N. Y. 329; Ammerman v. Utilities Oil Corp., 222 App. Div. 481.) Exclusion of the evidence under the circumstances presents reversible error. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

In the Matter of the Construction of the Will of FRANK J. BARNMAKER, Deceased. MARY HAMM, Appellant; AUGUSTUS C. NELSON et al., Respondents. — Decree affirmed, with costs to all parties filing briefs payable out of the estate. All concur. (Appeal from a decree construing a will.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See post, p. 751.]

■

EARL ROBERTS, Appellant, v. GERTRUDE S. ROBERTS, Respondent.— Judgment insofar as appealed from affirmed, without costs of this appeal to either party. All concur. (Appeal from part of a judgment awarding custody of an infant child to her aunt and directing plaintiff to pay for the support of the child, in an action for absolute divorce.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

CARRIE SHELDON, Respondent, v. HARRY LASKY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $4,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.